UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE A. PORRETTI,<br><br>                          Plaintiff<br><br>    v.<br><br>DIRECTOR OF NEVADA DEPT. OF CORRECTIONS, *et al.*,<br><br>                        Defendants | Case No. 2:20-cv-00249-APG-BNW<br><br>**ORDER** |

## I. DISCUSSION

On February 4, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff neither paid the full filing fee nor filed an application to proceed *in forma pauperis.* On February 7, 2020, this Court issued an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee within 45 days from the date of that order. (ECF No. 3). Plaintiff subsequently filed a notice at ECF No. 4 on February 13, 2020 and a Response at ECF No. 5 on February 21, 2020.

On March 2, 2020, Plaintiff filed an application to proceed *in forma pauperis.* (ECF No. 6). Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff has not attached an inmate account statement for the past six months to his application</u>. *See* ECF No. 6). Plaintiff will be granted <u>one final opportunity</u> to cure the deficiencies of his application to proceed *in forma pauperis* by filing an inmate account statement for the past six months, or in the alternative, pay the full filing fee for this action. If Plaintiff fails to file an inmate account statement for the past six months, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis.*

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **forty-five (45) days** from the date of this order, Plaintiff will either: (1) <u>file an inmate account statement for the past six months</u>, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file an inmate account statement for the past six months, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

DATED:  March 9, 2020

_____
UNITED STATES MAGISTRATE JUDGE