| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| WAYNE A. PORRETTI,<br><br>          Plaintiff<br><br> v.<br><br>DIRECTOR OF NEVADA DEPT. OF CORRECTIONS, *et al.*,<br><br>          Defendants | Case No. 2:20-cv-00249-APG-BNW<br><br>**ORDER** |

**I. DISCUSSION**

On March 9, 2020, this Court ordered Plaintiff to file an inmate account statement for the past six months or pay the full $400 filing fee for a civil action within forty-five (45) days from the date of that order. (ECF No. 7 at 2). On April 3, 2020, Plaintiff filed a document titled "discovery in response to document 7" requesting additional time to submit his inmate account statement because he had not received it yet from the NDOC. (ECF No. 8 at 2). The Court will construe Plaintiff's filing at ECF No. 8 as a motion for extension of time. The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file an inmate account statement for the past six months or pay the full $400 filing fee on or before **Friday, May 22, 2020**.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 8) is granted.

IT IS FURTHER ORDERED that on or before **Friday, May 22, 2020**, Plaintiff shall either: (1) <u>file an inmate account statement for the past six months</u> in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

1    IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
2 dismissal of this action may result.
3    DATED: April 7, 2020

_____
UNITED STATES MAGISTRATE JUDGE