# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE A. PORRETTI, | Case No.: 2:20-cv-00249-APG-BNW |
| Plaintiff | **Order** |
| v. | [ECF No. 34] |
| DIRECTOR OF NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants | |

Plaintiff Wayne Porretti moves to voluntary dismiss this case without prejudice. As the defendants have not yet appeared and answered, I grant his motion. Fed. R. Civ. P. 41(a)(1).

I THEREFORE ORDER that plaintiff Wyane Porretti's motion to voluntarily dismiss **(ECF No. 34) is GRANTED**. Plaintiff Wayne Porretti's complaint (ECF No. 23) is dismissed without prejudice.

I FURTHER ORDER the clerk of court to close this case.

DATED this 20th day of May, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE